UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GLENN ST. JAMES, an individual

      Plaintiff,

v.                                Case No:   2:13-cv-372-FtM-38UAM

WAL-MART STORES EAST L.P.,

      Defendant.
_____/

## ORDER[1]

This matter comes before the Court on Joint Notice of Settlement (Doc. #26) filed on November 15, 2013. Pursuant to Local Rule 3.08(a), this Court has now been advised by counsel that the above action has been settled.

Accordingly, it is now

**ORDERED:**

(1) That this cause is **DISMISSED without prejudice** subject to the right of any party within thirty (30) days from the date of this Order, **December 18, 2013**, to submit a stipulated form of final judgment or to reopen the action upon a showing of good cause. See Local Rule 3.08(b). Otherwise, after thirty (30) days, without further order, this dismissal shall be deemed *with prejudice*.

(2) All pending motions (if any) are **DENIED as moot**.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

(3) The Clerk is directed to administratively **CLOSE** this file.

**DONE** and **ORDERED** in Fort Myers, Florida this 18th day of November, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record